

KSH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
AUG 24 2023
CHARLES R. DIARD, JR
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 23-169-TFM |
| | * | |
| v. | * | USAO NO. 23R00144 |
| | * | |
| JOHN FITZGERALD McCARROLL, | * | VIOLATIONS: 18 USC § 1958 |
| JR., aka "JUVIE," aka "LJ;" | * | 18 USC § 2219 |
| REGINALD DENNIS ALAN FLUKER, | * | 18 USC § 2312 |
| aka "RICHIE MILL;" | * | 18 USC § 1519 |
| DARRIUS DWAYNE ROWSER, | * | 18 USC § 1512(c) |
| aka "DARRIUS RIPLEMON;" | * | 18 USC § 922(o) |
| KARMELO CORTEZ MORRIS DERKS; | * | 26 USC § 5861(d) |
| JIMAURICE PIERCE, | * | |
| aka "JP;" and | * | **FILED UNDER SEAL** |
| LYTERIA ISHEEIA HOLLIS | * | |
| aka "TERIA HOLLIS" aka "TERIA | * | |
| McCARROLL" | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Conspiracy to Commit Murder for Hire
### Title 18, United States Code, Section 1958

From in or about January 2022 through the date of this Indictment, the exact dates being unknown, in the Southern District of Alabama, and elsewhere, the defendants,

JOHN FITZGERALD McCARROLL, JR., aka "JUVIE," aka "LJ,"
REGINALD DENNIS ALAN FLUKER, aka "RICHIE MILL,"
DARRIUS DWAYNE ROWSER, aka "DARRIUS RIPLEMON,"
JIMAURICE PIERCE, aka "JP,"
and
LYTERIA ISHEEIA HOLLIS aka "TERIA HOLLIS," aka "TERIA McCARROLL,"

1

**UNDER SEAL**

and others, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of State of Alabama and the State of Mississippi as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

All in violation of Title 18, United States Code, Sections 1958 and 2.

The conduct charged in this count resulted in serious bodily injury to individuals whose initials are A.B., M.T., R.L., D.J., R.J., T.W., and K.R., and whose names are known to the Grand Jury, and death of individuals whose initials are D.S. and N.C., and whose names are known to the Grand Jury, therefore the penalty provisions of Title 18, United States Code, Section 1958(a) apply.

### COUNT TWO
### Murder for Hire
### Title 18, United States Code, Section 1958(a)

On or about September 18, 2022, within the Southern District of Alabama and elsewhere, the defendants,

**JOHN FITZGERALD McCARROLL, JR., aka "JUVIE," aka "LJ,"**
**and**
**REGINALD DENNIS ALAN FLUKER, aka "RICHIE MILL,"**

and others, both known and unknown to the Grand Jury, did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of the State of Alabama as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Sections 1958(a) and 2.

**UNDER SEAL**

The conduct charged in this count resulted in the death of an individual whose initials are D.S., and whose name is known to the Grand Jury, therefore the penalty provisions of Title 18, United States Code, Section 1958(a) apply.

### COUNT THREE
### Conspiracy to Commit Carjacking
### Title 18, United States Code, Section 2219

On or about September 21, 2022, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**DARRIUS DWAYNE ROWSER, aka "DARRIUS RIPLEMON,"**
**and**
**KARMELO CORTEZ MORRIS DERKS,**

and others, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederal and agree with each other to attempt to take a motor vehicle, that is, silver Dodge Challenger, that had been transported, shipped, and received in interstate commerce from an individual whose initials are N.C., and whose name is known to the Grand Jury, by force, violence, and intimidation.

In violation of Title 18, United States Code, Sections 2119 and 2.

### COUNT FOUR
### Interstate Transportation of Stolen Vehicle
### Title 18, United States Code, Section 2312

On or about September 21, 2022, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**DARRIUS DWAYNE ROWSER, aka "DARRIUS RIPLEMON,"**
**and**
**KARMELO CORTEZ MORRIS DERKS,**

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a 2010 blue Nissan Altima (VIN ending in x9171), from the State of Alabama to the City of D'Iberville, State of

**UNDER SEAL**

Mississippi, knowing the same to be stolen, in violation of Title 18, United States Code, Section 2312.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT FIVE
## Murder for Hire
## Title 18, United States Code, Section 1958(a)

On or about November 26, 2022, within the Southern District of Alabama and elsewhere, the defendants,

**JOHN FITZGERALD McCARROLL, JR., aka "JUVIE," aka "LJ,"**
and
**DARRIUS DWAYNE ROWSER, aka "DARRIUS RIPLEMON,"**

and others, both known and unknown to the Grand Jury, did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of an individual be committed in violation of the laws of the State of Alabama as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Sections 1958 and 2.

The conduct charged in this count resulted in serious bodily injury of individuals whose initials are M.T., R.L., D.J., and R.J., and whose names are known to the Grand Jury, therefore the penalty provisions of Title 18, United States Code, Section 1958(a) apply.

## COUNT SIX
## Obstruction (Destroying or Concealing Object)
## Title 18, United States Code, Section 1519

From in or about October 2022 through on or about June 30, 2023, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**JOHN FITZGERALD McCARROLL, JR., aka "JUVIE," aka "LJ,"**
and
**LYTERIA ISHEEIA HOLLIS aka "TERIA HOLLIS" aka "TERIA McCARROLL,"**

**UNDER SEAL**

did knowingly conceal or cover up a tangible object, that is, a firearm, with the intent to impede, obstruct, and influence the investigation and proper administration of the investigation and prosecution of a murder for hire conspiracy in violation of Title 18, United States Code, Section 1958.

In violation of Title 18, United States Code, Sections 1519 and 2.

**COUNT SEVEN**
**Tampering With a Witness**
**Title 18, United States Code, Section 1512(c)**

From in or about October 2022 through in or about November 2022, with the exact dates being unknown, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**JOHN FITZGERALD McCARROLL, JR., aka "JUVIE," aka "LJ,"**
**and**
**LYTERIA ISHEEIA HOLLIS aka "TERIA HOLLIS" aka "TERIA McCARROLL,"**

and others, both known and unknown to the Grand Jury, did corruptly attempt to obstruct, influence, or impede an official proceeding, to wit: the investigation and prosecution of a murder for hire conspiracy in violation of Title 18, United States Code, Section 1958.

In violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

**COUNT EIGHT**
**Illegal Possession of a Machinegun**
**Title 18, United States Code, Section 922(o)**

On or about January 26, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**JIMAURICE PIERCE, AKA "JP,"**

UNDER SEAL

knowingly possessed a machinegun, namely, a Glock, Model 17, .9mm pistol, bearing serial number RGT928, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch."

In violation of Title 18, United States Code, Section 922(o).

## COUNT NINE
### Possession of an Unregistered Firearm
### Title 26, United States Code, Section 5861(d)

On or about January 26, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**JIMAURICE PIERCE, AKA "JP,"**

knowingly possessed a firearm, namely, a Glock, Model 17, .9mm pistol, bearing serial number RGT928, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch," not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Section 5861(d).

## FORFEITURE NOTICE

The allegations contained in Counts Eight and Nine of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(o) set forth in Count Eight of this Indictment, the defendant,

**JIMAURICE PIERCE, AKA "JP,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in

**UNDER SEAL**

any knowing violation of Title 18, United States Code, Section 922(o), including but not limited to:

1. One (1) Glock, Model 17, .9mm pistol, bearing serial number RGT928, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch;"
2. An extended magazine; and
3. Thirty-one (31) rounds of 9mm ammunition.

Upon conviction of the offense in violation of Title 26, United States Code, Section 5861(d) set forth in Count Nine of this Indictment, the defendant,

## JIMAURICE PIERCE, AKA "JP,"

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of Title 26, United States Code, Section 5861(d), including but not limited to:

1. One (1) a Glock, Model 17, .9mm pistol, bearing serial number RGT928, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch;"
2. An extended magazine; and
3. Thirty-one (31) rounds of 9mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

**UNDER SEAL**

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*/s/ Kasee S. Heisterhagen*
KASEE S. HEISTERHAGEN
Assistant United States Attorney

*/s/ Sean P. Costello by Kasee S. Heisterhagen*
SEAN P. COSTELLO
United States Attorney                                    AUGUST 2023

8

**UNDER SEAL**

## PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. JOHN McCARROLL, et al. |
| **DEFENDANT:** | JOHN FITZGERALD McCARROLL, JR., aka "JUVIE," aka "LJ;" (COUNTS 1-2, 6-7) |
| | REGINALD DENNIS ALAN FLUKER, aka "RICHIE MILL;" (COUNTS 1-2) |
| | DARRIUS DWAYNE ROWSER, aka "DARRIUS RIPLEMON;" (COUNTS 1, 3-5) |
| | KARMELO CORTEZ MORRIS DERKS (COUNTS 3-4) |
| | JIMAURICE PIERCE, aka "JP;" (COUNTS 1, 8-9) |
| | LYTERIA ISHEEIA HOLLIS aka "TERIA HOLLIS" aka "TERIA McCARROLL," (COUNTS 1, 6-7) |
| **USAO NO.** | 23R00144 |
| **AUSA:** | Kasee S. Heisterhagen |

**CODE VIOLATIONS:**

| | |
|---|---|
| **COUNT 1:** | 18 USC § 1958(a), Conspiracy to Commit Murder for Hire |
| **COUNTS 2 & 5:** | 18 USC § 1958(a), Murder for Hire |
| **COUNT 3:** | 18 USC § 2219, Conspiracy to Commit Carjacking |
| **COUNT 4:** | 18 USC § 2312, Interstate Transportation of Stolen Motor Vehicle |
| **COUNT 6:** | 18 USC § 1519, Destruction or Concealing Tangible Object in Federal Investigation |
| **COUNT 7:** | 18 USC § 1512(c)(2), Tampering with a Witness |
| **COUNT 8:** | 18 USC § 922(o), Illegal Possession of a Machinegun |
| **COUNT 9:** | 26 USC § 5861(d), Possession of an Unregistered Firearm |

**UNDER SEAL**